IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MOREEN PAMELA MEERS,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security;<br><br>Defendant. | 4:17CV3045<br><br>ORDER |

This matter is before the court on Plaintiff's motion for attorney fees, Filing No. 23, and motion to withdraw the motion for attorney fees, Filing No. 25. Opposing counsel has no opposition to withdrawing the motion.

IT IS ORDERED THAT:

1. Plaintiff's motion to withdraw document, Filing No. 25, is granted; and

2. Plaintiff's motion for attorney fees, Filing No. 23, is deemed withdrawn.

Dated this 25th day of September, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge